In the Matter of the Application of R. PAUL PARTRIDGE, Appellant, for a Mandamus Order against ROY F. BUSH, Monroe County Clerk, JOHN R. REARDON and WILLIAM GORHAM RICE and Others, as Members of and Constituting the State Civil Service Commission, Respondents.— Order modified on the law by providing that the costs be fifty dollars and disbursements and as modified affirmed, without costs on this appeal to any party. (See Civ. Prac. Act, § 1336.) All concur. (The order denies an application for an alternative or peremptory mandamus order.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

THE HOLLING PRESS, INCORPORATED, 501 Washington Street, Buffalo, New York, and THOMAS L. HOLLING, Doing Business under the Assumed Name and Style of POWER CITY PRESS, 830 Main Street, Niagara Falls, New York, Respondents, v. ALOX CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover for services performed. The order denies a motion for a new trial.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

JACOB SNYDER, Respondent, v. ARTHUR H. SMITH, Defendant, and MELVIN E. WARNER, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action in conversion.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Information of FLOYD W. FENNER, Commissioner of Public Welfare, Oneida County, New York, Respondent, v. ANTHONY URTZ, Appellant.— Order affirmed, without costs. All concur. (The order adjudges defendant to be the father of a child and directs defendant to contribute to the support of said child in a filiation proceeding.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

ELIZABETH P. LERCH, as Administratrix, etc., of KENNETH M. LERCH, Deceased, Respondent, v. CYRIL HAZZELL and ARTHUR HOLSLANDER, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

In the Matter of CHARLES EDDY, Appellant, against WILLIAM HUNT and Others, Comprising the Prison Board of Attica Prison, Respondents.— Order affirmed, without costs. All concur. (The order denies a motion for a peremptory mandamus order.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

GOTTLIEB HOFFSTETTER, Respondent, v. CHARLES S. WOOD, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.